**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Shane Lee, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:10-cv-011 |
| Merit Energy Company, LLC, | ) | |
| | ) | |
| Defendant. | | |

_____

Before the Court is a "Stipulation of Dismissal" filed on December 9, 2010.  The Court **ADOPTS** the stipulation in its entirety (Docket No. 15) and **ORDERS** that the case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure with prejudice and without costs or disbursements to any party.

   **IT IS SO ORDERED.**

   Dated this 16th day of December, 2010.


                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr., Magistrate Judge
                              United States District Court